# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Mondelez Global LLC, v. Associated Milk Producers Inc.

Case Number: 1:20-cv-6512

An appearance is hereby filed by the undersigned as attorney for:

Mondelez Global LLC

Attorney name (type or print): Joshua M. Levin

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654-3456

Bar ID Number: 6320993
(See item 3 in instructions)

Telephone Number: 312-840-7296

Email Address: jlevin@jenner.com

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ✔ No | |
| Are you acting as local counsel in this case? | ☐ Yes | ✔ No | |
| Are you a member of the court's trial bar? | ☐ Yes | ✔ No | |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✔ No | |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 2, 2020

Attorney signature: S/ Joshua M. Levin

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015