IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONDELĒZ GLOBAL LLC,<br><br>      **Plaintiff,**<br><br>vs.<br><br>ASSOCIATED MILK PRODUCERS INC.<br><br>      **Defendant.** | Case No. 1:20-cv-06512 |

**PLAINTIFF'S NOTIFICATION AS TO AFFILIATES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Plaintiff Mondelēz Global LLC ("MDLZ"), by and through its undersigned attorneys, hereby states that:

1. MDLZ is a wholly-owned subsidiary of its parent corporation, Mondelēz International, Inc.

2. Mondelēz International, Inc., a publicly-traded corporation organized under the laws of Virginia, is the sole member in MDLZ.

Dated: November 2, 2020

Respectfully submitted,

MONDELĒZ GLOBAL LLC

By:   */s/* Dean N. Panos
      One of its attorneys

Dean N. Panos
Christopher Tompkins
Joshua M. Levin
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484