**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONDELĒZ GLOBAL LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ASSOCIATED MILK PRODUCERS INC.<br><br>　　　　　　　　　　Defendant. | Case No. 20-CV-06512<br><br>Judge Franklin U. Valderrama<br><br>Mag. Judge Heather K. McShain |

**JOINT STATUS REPORT**

Plaintiff Mondelēz Global LLC ("MDLZ") and Defendant Associated Milk Producers Inc. ("AMPI"), by and through their respective counsel, provide the following Joint Status Report in response to the Court's February 18, 2021 Order (ECF No. 21):

1.　On January 19, 2021, the parties filed their Joint Initial Status Report (ECF No. 15) containing a discovery plan and proposed scheduling order to be entered pursuant to Fed. R. Civ. P. 16(b).

2.　In response to the Court's February 18, 2021 Order, the parties have conferred regarding whether any modifications are needed to the proposed schedule filed on January 19, 2021, and agree that the only modification required is to change the deadline for Rule 26(a)(1) Initial Disclosures to Friday, February 26, 2021. Accordingly, the new schedule proposed by the parties is as follows:

| Event | Deadline |
|---|---|
| Rule 26(a)(1) Initial Disclosures | February 26, 2021 |
| Deadline to serve initial discovery requests | March 4, 2021 |
| Amendment to the pleadings or to add parties | July 16, 2021 |
| Service of process on any "John Does" | N/A |

| **Event** | **Deadline** |
|---|---|
| Completion of Fact Discovery | November 15, 2021 |
| Disclosure of Plaintiff's Expert Report(s) | December 15, 2021 |
| Disclosure of Defendant's Expert Report(s) | February 15, 2022 |
| Disclosure of Plaintiff's Rebuttal Expert Report(s) | April 15, 2022 |
| Completion of Expert Discovery (including completion of depositions of Plaintiff's and Defendant's Expert(s)) | June 14, 2022 |
| Dispositive Motions | July 14, 2022 |

3. The parties will email a revised Proposed Agreed Scheduling Order consistent with this schedule to the Court at Proposed_Order_McShain@ilnd.uscourts.gov.

Dated: February 24, 2021                                    Respectfully submitted,

MONDELĒZ GLOBAL LLC                        ASSOCIATED MILK PRODUCERS INC.

By: */s/ Dean N. Panos*                                   By: */s/ Joseph R. Marconi*
    One of its attorneys                                                One of its attorneys

Dean N. Panos                                                    Joseph R. Marconi
Christopher P. Tompkins                                  Brian C. Langs
Joshua M. Levin                                                 LeighAnn M. Thomas
Jenner & Block, LLP                                          Johnson & Bell Ltd.
353 N. Clark Street                                             33 W. Monroe St., Suite 2700
Chicago, IL 60654                                              Chicago, IL 60603
Tel: (312) 222-9350                                            Tel: (312) 372-0770
dpanos@jenner.com                                        marconij@jbltd.com
ctompkins@jenner.com                                  langsb@jbltd.com
jlevin@jenner.com                                             thomasl@jbltd.com

*Counsel for Plaintiff*                                        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Dean N. Panos, certify that on February 24, 2021, I caused the foregoing Joint Status Report to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Dean N. Panos*